KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHANIEL COLEMAN, | ) |
| Plaintiff, | ) |
| | ) CIVIL NO.   06-01912 WHA |
| v. | ) STIPULATION AND ORDER EXTENDING |
| | ) DEFENDANT'S TIME TO FILE |
| JO ANNE B. BARNHART, | ) RESPONSE TO PLAINTIFF'S |
| Commissioner of Social Security, | ) MOTION FOR SUMMARY JUDGMENT |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

approval of the Court, that defendant Commissioner may have extensions until August 31, 2006 in

which to respond to each of the following:

1.  Plaintiff's Amended Complaint, which was due on August 14, 2006; and

2.  Plaintiff's "Notice of Permissive Joinder of Terri Vitt which was filed on August 7, 2006.

///

///

///

///

///

///

1        This is defendant's first request.

2

3

4

5    Dated: August 8, 2006                    /s/

6                                             IAN M. SAMMIS
                                             Attorney for Plaintiff
7

8                                             KEVIN V. RYAN
                                             United States Attorney
9

10

11

12   Dated:  August 9, 2006        By:       /s/

13                                            SARA WINSLOW
                                             Assistant United States Attorney
14

15   PURSUANT TO STIPULATION, IT IS SO ORDERED:

16

17

18

19   Dated:  August 14, 2006       _____

20                                            WILLIAM ALSUP
                                             United States District Judge
21

22

23

24

25

26

27

28