IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL COLEMAN,

    Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security

    Defendant.
                                      /

No. C 06-01912 WHA

**ORDER OF REFERRAL**

      This action appears to be one of three cases filed in the Northern District of California involving seemingly identical claims by the same plaintiff. Both of the earlier filed actions proceeded before Judge Susan Illston. Case Nos. C 04-02151 SI and C 05-00289 SI. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Illston for the purpose of determining whether it is related as defined in Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: September 27, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE